IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3022 |
| v. | ) | |
| ALEJANDRO GARCIA, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for May 1, 2012. (Filing No. 15.) As explained in the defendant's motion, the defendant needs additional time to review the allegations set forth in the law enforcement reports with his attorney. The government does not oppose the requested continuance. Accordingly,

IT IS ORDERED:

1) The defendant's motion to continue (filing no. 15), is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard at 9:00 a.m. on July 10 2012, or as soon thereafter as the case may be called, for a duration of three (3) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion, the Court further finds that the ends of justice served by continuing defendant's trial outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 10, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 17th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge