IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3022 |
| v. | ) | |
| ALEJANDRO GARCIA, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Based on the information in the defendant's pretrial services report, including the defendant's history of incurring another felony drug charge while on supervised release, the court finds that the defendant poses a risk of flight and harm to the public if released, and his suggested release plan will not sufficiently ameliorate those risks.

Accordingly,

IT IS ORDERED that the defendant's motion for release, (filing no. 16), is denied.

DATED this 2nd day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge